FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

PD-0445-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 4:31:41 PM
Accepted 7/17/2015 8:28:26 AM
ABEL ACOSTA
CLERK

# IN THE
## COURT OF COURT OF CRIMINAL APPEALS OF TEXAS

_____

## No. PD-0445-15

_____

### THE STATE OF TEXAS, Appellant

### v.

### DAVID FREDERICK CARY, Appellee

_____

**On Appeal from the Court of Appeals, Fifth District of Texas at Dallas
Court of Appeals No. 05-13-01010-CR**

_____

## APPELLEE'S NOTICE OF APPEARANCE OF COUNSEL

John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel:  (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLEE,
DAVID FREDERICK CARY

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:**

COMES NOW, Appellee David Frederick Cary, and files this Appellee's Notice of Appearance of Counsel, and would respectfully show as follows:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellee designates **John M. Helms** as lead counsel on appeal in the above cause. The required contact information is set forth below and is where all correspondence should be sent.

Respectfully submitted,

____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
BRODEN, MICKELSEN, HELMS &
SNIPES, LLP
2600 State Street
Dallas, Tx 75204
Tel: (469) 951-8496
Fax: (214) 720-9594
john@johnhelmslaw.com

ATTORNEY FOR APPELLEE,
DAVID FREDERICK CARY

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I certify that if the email address of the attorney designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorney via electronic mail:

Joseph P. Corcoran
Joseph.Corcoran@TexasAttorneyGeneral.gov

I also hereby certify that if the email address for the designated attorney is not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email addressed to:

Joseph P. Corcoran
Joseph.Corcoran@TexasAttorneyGeneral.gov

____/s/ John M. Helms_____
John M. Helms